Susan St. Vincent
Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WISSAM A. HABR<br><br>  Defendant. | No.  6:17-po-00321-MJS<br><br>**MOTION TO VACATE TRIAL; AND ORDER THEREON** |

The United States, by and through its representative, Armin M. Najafi, hereby moves the Court for an Order to Vacate the Trial currently scheduled in this matter for July 31, 2017.  The Defendant has agreed to pay his original fine in full, and is in agreement with this request.

.

Dated:  July 13, 2017                                         NATIONAL PARK SERVICE


                                                              /S/ Armin M. Najafi_____
                                                            Armin M. Najafi
                                                            Acting Legal Officer

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the Trial scheduled for July 31, 2017 in the above referenced matter, *United States v. Habr* 6:17-po-000321-MJS, be vacated.

IT IS SO ORDERED.

Dated: July 13, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE